



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2020

June 11, 2020

**VIA ECF**
-----------------------------------------
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Honorable Valerie E. Caproni
40 Foley Square
New York, NY 10007

**LETTER MOTION**

        Re:     *Antetokounmpo v. Sportsmarketsusa Corporation et al*
        PN File:   *20FED016*
        Case No.:  *1:20-cv-03615-VEC*

Dear Honorable Valerie E. Caproni,

The undersigned represents the Plaintiff Giannis Antetokounmpo ("Plaintiff") in the above-referenced matter.

On May 8, 2020, Plaintiff filed a Complaint with this Court against Defendants Sportsmarketusa Corporation and Michael D. Toler ("Defendants"). On May 21, 2020, Plaintiff submitted a fully executed Waiver of the Service of Summons stating that Defendants must file and serve an answer or a motion under Rule 12 within 60 days from May 20, 2020. Therefore, Defendants have until July 20, 2020 to provide an Answer to Plaintiff's complaint.

Accordingly, Plaintiff respectfully requests the Initial Pretrial Conferenced currently scheduled for June 19, 2020 before Your Honor, be adjourned to July 22, 2020 or soon thereafter at the court's convenience.

We apologize for any inconvenience, and we thank you for your consideration.

                                                  **PARDALIS & NOHAVICKA, LLP**

                                                  /s/ Anastasi Pardalis
                                                  ANASTASI PARDALIS
                                                  *ATTORNEYS FOR PLAINTIFF*
                                                  950 3RD AVENUE, 25TH FLOOR
                                                  NEW YORK, NY 10022
                                                  TASO@PNLAWYERS.COM

Application GRANTED in part.  The IPTC is adjourned to **July 10, 2020, at 11:00 a.m.** via the teleconference line set forth in the Notice (Dkt. 8).  The Notice warned the parties that the IPTC would not necessarily be adjourned because Defendants have not responded to the Complaint.  The parties' joint letter and proposed CMP are due not later than  **July 2, 2020**.  In their joint letter, the parties must also state whether they believe an IPTC conference is necessary at all.

SO ORDERED.

6/15/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE